429 A.2d 96

Commonwealth v. Waltz, Appellant.

616

Argued June 10, 1980. John L. Lachall, for appellant; Donald A. Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH, and VAN der VOORT, JJ.

Judgment of sentence and order affirmed.